

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| IN RE:<br>RONALD E. MASSIE<br><br>Debtor | : <br> : | Civil Action N0. 3:20-cv-00740-VAB<br>Case No.19-51593 (JAM)<br>Chapter 13 |
| Plaintiff<br>RONALD E.MASSIE<br>V.<br>WELLS FARGO BANK, NATIONAL ASSOCIATION<br>Defendant | : | Adv. Proc. No. 20-05012 |
| Roberta Napolitano, TRUSTEE | : | January 11, 2021 |

## APPEARANCES

Sara M. Buchanan, Esq.                                   Attorney for Wells Fargo Bank, NA
Bendett & McHugh, P.C.                                  Defendant/AppelleeP
270 Farmington Ave, # 171
Farmington, CT 06032

Patricia M. Gaug, Esq.
Curtis, Brinckerhoff & Barret, P.C.
666 Summer Street
Stamford, CT. 06901

David Bizar, Esq
SAYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

Ronald E. Massie                                                Pro se Debtor / Appellant

## MOTION FOR EXTENSION OF TIME

NOTICE IS HEREBY GIVEN that Ronald E. Massie ["Massie"] as a Pro Se Debtor/Appellant hereby requests to the United States District Court for the District of Connecticut  an

1

**EXTENSION OF TIME OF 30 DAYS until February 10, 2021 within which to answer and object to WELLS FARGO BANK, NATIONAL ASSOCIATION, MOTION TO DISMISS APPEAL.**

The Debtor/ Appellant, Ronald E. Massie, apprises this honorable District Court that this enlargement of time is necessary and for **good cause**, since he will be on an extensive business trip out of the Continental United States.

**THE PRO SE DEBTOR/APPELLANT**

Respectfully Submitted

BY: _____

Ronald E. Massie

451 Mansfield Avenue

Darien, CT 06820

CERTIFICATION OF SERVICE

      I hereby certify that a true copy of the foregoing was served via this Court's ECF e-mail system and or by U.S. mail, this 11th day of January, 2021, upon the following:

David Bizar, Esq.
SAYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028


Sara M. Buchanan, Esq.
Bendett & McHugh, P.C.
270 Farmington Ave, # 171
Farmington, CT 06032

Patricia M. Gaug, Esq.
Curtis, Brirtckerhoff & Barrett, P.C.
666 Summer Street
Stamford, CT 06901

U.S. Trustee
Giaimo Federal Building
150 Court Street
Room 302
New Haven, CT 06510

Roberta Napolitano
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106

_____ 1/11/2021
Ronald E. Massie

3